JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHASSAN CHAMAS, et al. | Case No.: CV 15-808 DSF (PJWx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| JOHN KERRY, et al. | |
| Defendants. | |

The Court having granted Defendants' motion to dismiss, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/5/16

_____
Dale S. Fischer
United States District Judge